March 11, 2005

Mr. Edward Robert Human
Flowers Davis, PLLC
1021 ESE Loop 323, Suite 200
Tyler, TX 75701
Mr. Karl C. Hoppess
Karl C. Hoppess & Associates, P.C.
8200 Wednesbury, Suite 420
Houston, TX 77074

RE: Case Number: 04-0660
 Court of Appeals Number: 10-00-00200-CV
 Trial Court Number: 11745-A

Style: PINNACLE GAS TREATING, INC.
 v.
 RAYMOND MICHAEL READ, MARK WILLIAM READ AND THOMAS I. FETZER, II

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. The Motion to Amend
Respondents' Brief is granted.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Diane Davis |